## CLAYTON W. JENKINS, Respondent, *v.* SIMON BISHOP, Appellant, Impleaded with Another.

*Jenkins* v. *Bishop*, 136 App. Div. 104, affirmed.
(Argued January 10, 1913; decided January 28, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 13, 1910, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

*Walter A. Chambers* for appellant.

*Edgar T. Brackett* for respondent.

Judgment affirmed, with costs, on opinion of CHESTER, J., below.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.